DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CHARLES THOMAS MATHIS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D23-754

[May 25, 2023]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Daliah H. Weiss, Judge; L.T. Case No. 50-2006-CF-009403.

Charles Thomas Mathis, Bushnell, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., DAMOORGIAN and GERBER, JJ., concur.

\*      \*      \*

***Not final until disposition of timely filed motion for rehearing.***